■ MICHAEL LUGAY, Respondent, v CITY OF NEW YORK, Respondent, and NEW YORK CITY TRANSIT AUTHORITY, Appellant. [757 NYS2d 783] —In an action to recover damages for personal injuries, the defendant New York City Transit Authority appeals from so much of an order of the Supreme Court, Kings County (Hutcherson, J.), dated March 19, 2002, as denied its motion for summary judgment dismissing the complaint and all cross claims insofar as asserted against it.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

There are issues of fact requiring the denial of summary judgment. Florio, J.P., S. Miller, Goldstein and Adams, JJ., concur.